NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-902

HUB PARTNERS VI, LTD.

VERSUS

MATHEW ALFRED AND DOROTHY ALFRED

**********

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT
PARISH OF EVANGELINE, NO. 59691-B
HONORABLE THOMAS F. FUSELIER, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of John D. Saunders, Marc T. Amy, and Billy Howard Ezell, Judges.

AFFIRMED.

George Benjamin Dean, Jr.
Dean Morris LP
P. O. Box 28671
Monroe, LA 71207-2867
(318) 388-1440
Counsel for: Plaintiff/Appellee
Hub Partners VI, Ltd.

Mack Irvin Frank

**Attorney at Law**
**P. O. Drawer 1478**
**Opelousas, LA 70570**
**(337) 948-9701**
**Counsel for: Defendants/Appellants**
**Mathew Alfred**
**Dorothy Alfred**